**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Case No.: CR-99-1101-PCT-RCB |
| vs. | **O R D E R** |
| Roger Mark Conkling, | |
| Defendant | |

Pursuant to the United States' Motion to Dismiss,

IT IS ORDERED dismissing the above captioned matter, with prejudice.

IT IS FURTHER ORDERED that the warrant issued in this matter is hereby quashed.

DATED this 26th day of March, 2013.

_____
Robert C. Broomfield
Senior United States District Judge